the assistance of counsel' " (*Matter of Ella B.*, 30 NY2d 352, 357, quoting *Cleaver v Wilcox*, 40 USLW 2658, 2659; *see, Matter of Orneika J., supra*, at 80). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of NIGIL DaVONTAE B., an Infant. MONIQUE M., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [648 NYS2d 375] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of Dominique L. B.* (231 AD2d 948 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of TALMAGE B., III., an Infant. Monique M., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 3.) [648 NYS2d 375] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of Dominique L. B.* (231 AD2d 948 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of REGINALD O. B., III, an Infant. MONIQUE M., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 4.) [648 NYS2d 376] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of Dominique L. B.* (231 AD2d 948 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of BABY GIRL M., Also Known as ASHLEY B., an Infant. MONIQUE M., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 5.) [648 NYS2d 376] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of Dominique L. B.* (231 AD2d 948 [decided here-